IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                          Case Nos.: 4:15cr56/MW/MAL
                                                       4:23cv60/MW/MAL

KENNETH GODBOLT,
        Defendant.
_____/

## REPORT AND RECOMMENDATION

Defendant filed a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, which the clerk received and docketed on February 6, 2023. ECF No. 175. The typewritten submission was not on the proper Court form. On February 7, 2023, I entered an order directing Defendant to file, within thirty days, an amended § 2255 motion on the Court form, as required by the Local Rules of this Court. ECF No. 176. The order warned Defendant that failure to timely comply with an order of the Court would result in a recommendation of dismissal of this case.

Despite this admonition, Defendant did not comply by the March 7, 2023 deadline. On March 21, 2023, I entered an order directing Defendant to show cause within fourteen days why this case should not be dismissed for his failure to comply with a court order. ECF No. 177. The order provided that the show cause order would be discharged if Defendant complied with the February 7, 2023 order within the time provided. Defendant was again warned that failure to comply would result in a

recommendation of dismissal of this case. Notwithstanding this admonition, the April 4, 2023 deadline elapsed and Defendant still has not responded.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order, typically upon motion of the defendant. *See Moon v. Newsome*, 863 F.2d 835, 838 (11th Cir. 1989) (citing cases). Rule 41.1 of the Local Rules of the Northern District of Florida also authorizes the court to impose sanctions, up to and including dismissal, for failure to comply with a rule or court order. Thus, because Defendant has failed to comply with Court orders necessary for the continuation of this case, the motion should be dismissed without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1.    Defendant's motion under 28 U.S.C. § 2255 (ECF No. 175) be **DISMISSED** without prejudice.

2.    The clerk be directed to terminate the motion and close the corresponding civil case file.

At Gainesville, Florida on April 17, 2023.

s/ *Midori A. Lowry*
Midori A. Lowry
United States Magistrate Judge

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.